THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SALTWELL, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDNA L. WOLF, as Administratrix, etc., of FRANK LOUIS WOLF, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM K. FRANK, Respondent, v. KING SEWING MACHINE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN O'REILLY, Appellant, v. O. F. C. IMPORTING COMPANY, Respondent.— Judgment and order affirmed, with costs. New trial in Municipal Court to be had on the 7th day of October, 1924, at ten A. M. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

DEPEW AND LANCASTER LIGHT, POWER AND CONDUIT COMPANY, Appellant, v. NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

OCEAN ACCIDENT AND GUARANTEE CORPORATION, Respondent, v. HOOKER ELECTROCHEMICAL COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LUCILE B. SPAULDING, Respondent, v. THE FIRST NATIONAL BANK, Appellant. — Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROSE JAMESON, Respondent, v. KEYSTONE WAREHOUSE COMPANY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

HIRAM JAMESON, Respondent, v. KEYSTONE WAREHOUSE COMPANY and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS HOESTEREY, JR., Appellant, v. GEORGE S. TAYLOR and Others, as Assessors, and UNIVERSITY OF ROCHESTER, Respondents.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Clark, Davis, Sears and Crouch, JJ.

QUEEN CITY FOUNDRY COMPANY, Appellant, v. BUFFALO PITTS COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears and Crouch, JJ.

GEORGE E. McCARTHY, as Administrator, etc., Appellant, v. WILLIAM F. WOOLSTON, SR., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Davis, Sears and Crouch, JJ.